IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| AMIR HAKIM SALIM, | * |
| Plaintiff, | * |
| vs. | * |
| STATE OF GEORGIA, et al., | *   CASE NO. 4:08-CV-142 (CDL) |
| Defendants. | * |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 10, 2008 is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

IT IS SO ORDERED, this 31st day of December, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE